UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BRADLEY JOSEPH KING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>)<br>Defendant. ) | No. 2:14-CV-00317-JRG-CLC |

## ORDER AND JUDGMENT

This matter is before the Court on United States Magistrate Judge Clifton L. Corker's Report and Recommendation [Doc. 28]. Magistrate Judge Corker recommends the Court grant Plaintiff's Motion for an Award of Attorney Fee under 42 U.S.C. § 406(b). [Doc. 26]. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After carefully reviewing the record, the Court agrees with Magistrate Judge Corker's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, Plaintiff's motion for attorney's fees [Doc. 26] is **GRANTED**. It is therefore **ORDERED** that Plaintiff's counsel recover from Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, the amount of $6,425.50 in attorney's fees, with the requirement that Plaintiff's counsel must remit to Plaintiff the amount of $2,400 in attorney's fees previously received from Defendant. *See* [Order, Doc. 25].

So ordered.

ENTER:

                                                                     s/J. RONNIE GREER
                                                   UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk